**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01409-JLK

LLYOD DIXON,

     Plaintiff,

v.

COLLECTION TECHNOLOGY

     Defendants.
_____

**NOTICE OF SETTLEMENT**

     NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint

and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a)

within 45 days.

Dated: <u>October 28, 2010</u>          Respectfully submitted:

                                  <u>s/ Dianne Zarlengo</u>
                                  Dianne Zarlengo
                                  2800 So. University Blvd., Ste. 66
                                  Denver, CO 80210
                                  Phone: (303) 748-3513
                                  Atty. Reg.#: 31385

                                  Of Counsel To:

                                  LEMBERG & ASSOCIATES, L.L.C.
                                  1100 Summer Street, 3rd Floor
                                  Stamford, CT 06905
                                  Telephone: (203) 653-2250
                                  Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Settlement was served upon the following by email to Sybil.Kisken@dgslaw.com and by depositing the same in the U.S. Mail. First class postage prepaid, this 29th day of October, 2010:

Sybil R. Kisken
Of Counsel
Davis Graham & Stubbs
1550 17th Street, Suite 500
Denver, CO  80202