IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: No: 10-cv-01409

Lloyd Dixon,

     Plaintiff/Movant,

Collection Technology, Inc.; and DOES 1-10, inclusive,

     Defendants.

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Collection Technology, Inc. with prejudice and without costs to any party.

| Lloyd Dixon | Collection Technology, Inc. |
|---|---|
| ___/s/ Dianne Zarlengo_____ | ____/s/ Sybil R. Kisken_____ |
| Dianne Zarlengo, Esq. | Sybil R. Kisken |
| Bar Number: 31385 | Of Counsel |
| 2800 So. University Blvd., Ste. 66 | Davis Graham & Stubbs |
| Denver, Colorado 80210 | 1550 17th Street, Suite 500 |
| (303) 748-3513 | Denver, CO  80202 |
| dzlegal@gmail.com | Phone:  303/892-7497 |
| Attorneys for Plaintiff | sybil.kisken@dgslaw.com |
| | Attorney for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2010, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Dianne Zarlengo_____
                                                   Dianne Zarlengo